KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-1937
 Fax:  (916) 324-5205
 E-mail:  Jeff.Steele@doj.ca.gov
*Attorneys for Defendants*
*Davey, Kraft, Statti, and Wright*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD FOSTER,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**P.O. STATTI, et al. ,**<br><br>                              Defendants. | 2:10-cv-0929 JAM GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR DENIAL OR CONTINUANCE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Fed. R. Civ. Proc. 56(d)<br><br>Judge     The Honorable Gregory G. Hollows<br>Action Filed:   September 23, 2010 |

The Court, having considered Defendants' request for extension of time to deny or continue Plaintiff's motion for summary judgment, and good cause appearing:

IT IS HEREBY ORDERED:

Defendants have until May 5, 2012 to file and serve their opposition to the motion.

Dated:  March 20, 2012

       /s/ Gregory G. Hollows
U.S. Magistrate Judge

1