1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  VICKIE P. WHITNEY, State Bar No. 145316
   Supervising Deputy Attorney General
3  JEFFREY STEELE, State Bar No. 124688
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 323-1937
6   Fax:  (916) 324-5205
    E-mail:  Jeff.Steele@doj.ca.gov
7  *Attorneys for Defendants*
   *Davey, Kraft, Statti, and Wright*

8
                IN THE UNITED STATES DISTRICT COURT
9
           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                     SACRAMENTO DIVISION
11

12

13  **RONALD FOSTER,**                      2:10-cv-0929 JAM GGH P

14                          Plaintiff,      **ORDER GRANTING DEFENDANTS'
                                            REQUEST FOR DENIAL OR
15          v.                              CONTINUANCE OF PLAINTIFF'S
                                            MOTION FOR SUMMARY JUDGMENT**
16
    **P.O. STATTI, et al. ,**              **Fed. R. Civ. Proc. 56(d)**
17
                          Defendants.       Judge        The Honorable Gregory G.
18                                                        Hollows
                                            Action Filed:   September 23, 2010
19
          The Court, having considered Defendants' request for extension of time to deny or
20
    continue Plaintiff's motion for summary judgment, and good cause appearing:
21
          IT IS HEREBY ORDERED:
22
          Defendants have until May 5, 2012 to file and serve their opposition to the motion.
23

24
    Dated:  March 20, 2012
25

26                                          ___/s/ Gregory G. Hollows___
                                            U.S. Magistrate Judge
27

28
                                            1
    Order Granting Defendants' Request For Denial or Continuance of Plaintiff's Mot. for Summary Judgment (2:10-
                                        cv-0929 JAM GGH P)