UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

        Plaintiff,

   v.

P. STATTI, et al.,

        Defendants.

No. 2:10-cv-0929 TLN AC P

ORDER

       Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested appointment of counsel.

       The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the district court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

       The test for exceptional circumstances requires the court to evaluate the plaintiff's likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Circumstances common to most prisoners, such as lack of legal education and limited law library access, do not

establish exceptional circumstances that would warrant a request for voluntary assistance of counsel. Plaintiff declares that he is a participant in the Mental Health Services Delivery System at the CCCMS level of care and has been diagnosed with depression, anger management and auditory hallucinations. ECF No. 79-1. He also states that he receives pain medication for an injury he has suffered. Id. Plaintiff has, however, represented himself sufficiently well to this point. His recent cross-motion for summary judgment was granted in part. See ECF No. 77 (Order adopting Findings and Recommendations at ECF No. 72). This matter is now being set for a settlement conference. In the present case, the court does not find the required exceptional circumstances.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel (ECF No. 79) is denied.

DATED: April 8, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE