UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,                                   No. 2:10-cv-0929 TLN AC P

    Plaintiff,

    v.

P. STATTI, et al.,
                                            **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.                  **AD TESTIFICANDUM**

Ronald Paul Foster, CDCR # D-32879, a necessary and material witness in a settlement conference in this case on June 10, 2014, is confined in California State Prison-Sacramento (SAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Tuesday, June 10, 2014 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SAC, P.O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 8, 2014

                                                              ALLISON CLAIRE
                                                              UNITED STATES MAGISTRATE JUDGE