UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RONALD FOSTER, | No. 2:10-cv-0929 TLN AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| P. STATTI, et al., | |
| Defendants. | |

All parties have stipulated to the dismissal of this action with prejudice. See Stipulation, ECF No. 84, filed on November 12, 2014. Pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, this case has been dismissed.

Accordingly, the Clerk of Court shall close this case.

DATED: November 13, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1